UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


GLORIA J. GEIGUS

    v.                                                                                                   C.A. 14-318 ML

JAMES AND JUDITH BERGSTRESSER and
UNITED STATES POSTAL SERVICE
EMPLOYEES

## ORDER

This matter is before the Court on Plaintiff's Objection to a Report and Recommendation issued by Magistrate Judge Almond on September 12, 2014 (Docket #9). The Court has considered Plaintiff's objection and, even affording Plaintiff some latitude because of her *pro se* status, this Court agrees with Magistrate Judge Almond's conclusion as to Plaintiff's failure to comply with Fed. R. App. P. 24 (a)(1)(B) or (a)(1)(C). This Court also concurs in Magistrate Judge Almond's assessment as to the lack of a legal or factual basis for the claims Plaintiff seeks to press.

For these reasons, the Court adopts the Report and Recommendation in its entirety. Plaintiff's motion to proceed in forma pauperis is DENIED.


SO ORDERED:


*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
October 6, 2014